UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
AYESHA CLINTON,

                Plaintiff,

                                          ORDER
   -against-                         14-CV-2350(JS)(AKT)

COMMUNITY MARKET,

                Defendant.
----------------------------------X
APPEARANCES:
For Plaintiff:      Ayesha Clinton, pro se
                          61 East Greenwich Avenue
                          Roosevelt, NY 11575

For Defendant:      No appearance

SEYBERT, District Judge:

        On April 10, 2014, pro se plaintiff Ayesha Clinton ("Plaintiff") filed a Complaint pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), as codified, 42 U.S.C. §§ 2000e to 2000e-17, against Community Market ("Defendant") alleging that Defendant discriminated against her on the basis of her race and color. Plaintiff's Complaint is accompanied by an application to proceed in forma pauperis.

        Upon review of Plaintiff's declaration in support of her application to proceed in forma pauperis, the Court finds that Plaintiff's financial status qualifies her to commence this action without prepayment of the filing fees. See 28 U.S.C. § 1915(a)(1). Accordingly, Plaintiff's application to proceed in forma pauperis is GRANTED and the Court ORDERS service of the Complaint by the United States Marshal Service ("USMS") without prepayment of the

filing fee.  The Clerk of the Court shall forward the Summons, the Complaint, and this Order to the USMS and the USMS shall serve the Defendant.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is DENIED for the purpose of any appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

The Clerk of the Court is further directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: May   12  , 2014
       Central Islip, New York